IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| MARIA DALBOTTEN,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD INCORPORATED and and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | CV 20-34-BLG-SPW<br><br>ORDER |

Plaintiff Maria Dalbotten moves for the admission of Nicholas P. Scarpelli, Jr. to practice before the Court in the above captioned matter with Tom L. Lewis of Great Falls, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and defendants do not object.

IT IS SO ORDERED that Plaintiff Maria Dalbotten's motion to admit Nicholas P. Scarpelli, Jr. to appear *pro hac vice* (Doc. 25) is GRANTED and he is authorized to appear as counsel with Tom L. Lewis pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 6th day of April, 2020.

SUSAN P. WATTERS
United States District Judge

1