IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 07 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | CV 20-34-BLG-SPW<br><br>ORDER |

Defendants C. R. Bard Incorporated and Bard Peripheral Vascular Incorporated move for the admission of Tyler D. Coombe to practice before the Court in the above captioned matter with Ian McIntosh of Bozeman, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

IT IS SO ORDERED that Defendants C. R. Bard Incorporated and Bard Peripheral Vascular Incorporated's motion to admit Tyler D. Coombe to appear *pro hac vice* (Doc. 28) is GRANTED and he is authorized to appear as counsel with Ian McIntosh pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 7th day of April, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1