IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | CV 20-34-BLG-SPW<br><br>ORDER |

Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. move for the admission of C. Wade Bowden to practice before the Court in the above captioned matter with Ian McIntosh of Bozeman, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Plaintiff does not object.

IT IS SO ORDERED that Defendants C.R. Bard, Inc. and Peripheral Vascular, Inc.'s motion to admit C. Wade Bowden to appear *pro hac vice* (Doc. 47) is GRANTED and he is authorized to appear as counsel with Ian McIntosh pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 1st day of February, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge