IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED, ET AL.,<br><br>Defendants. | CV 20-34-BLG-SPW<br><br>ORDER |

Plaintiff Maria Dalbotten moves for the admission of Amorina P. Lopez to practice before the Court in the above captioned matter with Tom L. Lewis of Great Falls, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Defendants do not object.

IT IS SO ORDERED that Plaintiff Maria Dalbotten's motion to admit Amorina P. Lopez to appear *pro hac vice* (Doc. 75) is GRANTED and she is authorized to appear as counsel with Tom L. Lewis pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 11th day of August, 2021.

SUSAN P. WATTERS
United States District Judge

1