IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD INC. and BARD PERIPHERAL VASCULAR INC.,<br><br>Defendants. | 1:20-cv-00034-SPW<br><br>**ORDER ALLOWING OVERLENGTH BRIEF** |

C.R. Bard, Inc. and Bard Peripheral Vascular Inc. (collectively "Defendants") have filed a motion for leave to file an overlength summary judgment brief. This is a complex medical device products liability case with numerous legal issues and extensive case-specific and general MDL history. Defendants requested leave to file a brief not to exceed 11,000 words. Local Rule 7.1(d)(2)(A) restricts briefs in support of motions to 6,500 words. Given the complexity of the case and the number of claims involved, the Court shall allow Defendants to file a brief in support of their motion for summary judgment not to exceed 9,000 words, excluding caption, certificates of service and compliance, and tables of contents and authorities. Accordingly,

IT IS HEREBY ORDERED that the motion (Doc. 85) is GRANTED. Defendants are granted leave to file an overlength brief in support of their motion for summary judgment not to exceed 9,000 words.

DATED this 12th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge