IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | 1:20-cv-00034-BLG-SPW<br><br><br><br>ORDER |

Upon Defendants' Unopposed Motion to File Certain Exhibits Under Seal (Doc. 96), and good cause appearing therefore,

IT IS HEREBY ORDERED that the following documents, which have been lodged with the Court, are to be filed under seal:

- Exhibit A to Defendants' Dispositive Motion (Dep. Tr. of Dr. John Craig, M.D.);
- Exhibit H to Defendants' Dispositive Motion (Rule 23 Expert Report of Dr. Jeffrey Kalish, M.D.);
- Exhibit I to Defendants' Dispositive Motion (Rule 26 Expert Report of Dr. Derek Muehrcke, M.D.);
- Exhibit J to Defendants' Dispositive Motion (Composite of Selected Medical Records);
- Exhibit K to Defendants' Dispositive Motion (Dep. Tr. of Maria Dalbotten);
- Exhibit L to Defendants' Dispositive Motion (Dep. Tr. of Barbara Padden);
- Exhibit M to Defendants' Dispositive Motion (Dep. Tr. of Derek Muehrcke, M.D.);

- Exhibit N to Defendants' Dispositive Motion (Rule 26 Expert Report of Dr. David S. Poll, M.D.);
- Exhibit C to Defendants' Motion to Exclude (Rule 26 Expert Report of Derek Muehrcke, M.D.);
- Exhibit D to Defendants' Motion to Exclude (Dep. Tr. of Derek Muehrcke, M.D.); and
- Exhibit F to Defendants' Motion to Exclude (Dep. Tr. of John Craig, M.D.).

DATED this 4th day of February, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge