## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

MARIA DALBOTTEN,

Plaintiff,

v.

C. R. BARD, INC. and BARD
PERIPHERAL VASCULAR, INC.,

Defendants.

Case No. 1:20-cv-00034-SPW

**ORDER GRANTING
DEFENDANTS' MOTION TO
EXCLUDE OR LIMIT OPINIONS
AND TESTIMONY OF STEVEN
HERTZ, M.D.**

On February 2, 2022, Defendants C.R. Bard, Inc. and Bard Peripheral

Vascular Inc. (collectively "Defendants") filed and served Plaintiff with

Defendants' Motion to Exclude or Limit Opinions and Testimony of Steven Hertz,

M.D. and supporting brief. *See* Docs. 92 & 93. Plaintiff failed to file a timely

response.

Pursuant to L.R. 7.1(d)(1)(B)(ii), "failure to file a response brief may be

deemed an admission that the motion is well-taken." Accordingly, the Court

deems Plaintiff's failure to respond as an admission that the motion is well-taken.

In addition, the Court has reviewed the materials, arguments, and authorities

submitted by Defendants in support of their Motion and finds that the requested

relief is warranted. Dr. Hertz's testimony and opinions are irrelevant, confusing to the jury, speculative, and cumulative.

Based upon the foregoing,

IT IS HEREBY ORDERED that Defendants' Motion to Exclude or Limit Opinions and Testimony of Steven Hertz, M.D. is GRANTED.  Dr. Hertz's opinions and testimony are excluded in their entirety.

DATED this _24th_ day of May, 2022.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Court Judge