

FILED

JUN 14 2022

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>        Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>        Defendants. | Case No. 1:20-cv-00034-SPW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION IN LIMINE RE EVIDENCE OF POTENTIAL STD** |

Plaintiff has moved for an order in limine that Defendants, their counsel and their witnesses may not present evidence of any kind or argue to the jury, directly or indirectly, that Plaintiff was concerned that she may have a STD. Plaintiff's counsel has conferred with Defendants' counsel who indicated they do not object to the motion. The Court must remind counsel that the deadline for filing motions in limine was June 10, 2022, making this motion untimely. However, because the motion is unopposed and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's motion (Doc. 245) is GRANTED. Defendants, their counsel and their witnesses may not present

evidence of any kind or argue to the jury, directly or indirectly, that Plaintiff was concerned that she may have had a STD.

DATED this 14th day of June, 2022.

SUSAN P. WATTERS
United States District Court Judge