IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00034-SPW<br><br>**ORDER RE DEFENDANTS' MOTIONS (DOCS. 183, 185, 189, 197, 203)** |

Before the Court is Defendants' Motion to Exclude Testimony and Evidence of Past Criminal Conviction (Doc. 183), Defendants' Motion to Exclude Evidence that Plaintiff's Expert Dr. Rogers was originally retained by Bard (Doc. 185), Defendants' Motion to Exclude Dr. Garcia's General Expert Opinions that were not disclosed in Bard's IVC Filter MDL (Doc. 189), Defendants' Motion to Exclude Testimony and Evidence regarding Photograph of Bard Employee Michael Randall (Doc. 197), and Defendants' Motion to Exclude Certain Evidence and Testimony of Krishna Kandarpa, M.D. (Doc. 203).

On May 6, 2022, Plaintiff responded to these motions stating that she does not oppose the motions at this time but reserves the right to revisit the motions

should Defendants open the door to relevant evidence before or during trial. (Doc. 218 at 2). Given Plaintiffs' position and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion to Exclude Evidence of Past Criminal Conviction (Doc. 183) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Exclude Evidence that Dr. Rogers was originally retained by Bard (Doc. 185) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Exclude Dr. Garcia's General Expert Opinions that were not disclosed in Bard's IVC Filter MDL (Doc. 189) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Exclude Testimony and Evidence regarding Photograph of Bard Employee Michael Randall (Doc. 197) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Exclude Certain Evidence and Testimony of Krishna Kandarpa, M.D. (Doc. 203) is **GRANTED**.

The Clerk of Court is directed to notify parties of this order.

DATED this 22nd day of July, 2022.

SUSAN P. WATTERS
United States District Court Judge