IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　Defendants. | CV 20-34-BLG-SPW<br><br><br>ORDER |

Attached to this Order is the Court's proposed Juror Questionnaire. This questionnaire is based on the questionnaire used in prior Arizona MDL bellweather cases.

**IT IS HEREBY ORDERED** that the parties respond to this Order with any additional case specific questions they wish included in the questionnaire no later than **Wednesday, February 1, 2023.**

The clerk is directed to notify counsel of the entry of this Order.

DATED this 30th day of January, 2023.

　　　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　United States District Judge