IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>  Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>  Defendants. | 1:20-cv-00034-SPW<br><br>ORDER |

The parties have filed responses (Docs. 285 and 286) to the Court's Order regarding the Joint Proposed (Juror) Questionnaire (Doc. 281). Neither party suggests any additional case specific questions; however, Plaintiff objects to the inclusion of Questions 33 and 34 which reference the Food and Drug Administration ("FDA"). The court disagrees that Questions 33 and 34 suggest third-party conduct. Given the nature of this case, it is important to know the information sought in Questions 33 and 34. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's objection to Questions 33 and 34 are OVERRULED.

DATED this 2nd day of February, 2023.

SUSAN P. WATTERS
United States District Court Judge