IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN, | 1:20-cv-00034-SPW |
| Plaintiff, | NOTICE OF FINAL JUROR QUESTIONNAIRE |
| v. | |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

Attached to this Notice is the final Juror Questionnaire. The attached Juror Questionnaire will be mailed to potential jurors on today's date, February 2, 2023.

The Clerk of Court is directed to notify the parties of this Notice.

DATED this 2nd day of February, 2023.

*Susan P. Watters*

SUSAN P. WATTERS
United States District Court Judge