IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>                     Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>                     Defendants. | Case No. 1:20-cv-00034-SPW<br><br>**ORDER ON DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND REFERENCES TO OTHER LAWSUITS AND TRIALS** |

Before the Court is Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Exclude Evidence and References to Other Lawsuits and Trials. (Doc. 193). The parties agree as to the scope of information to be excluded. (*See* Doc. 213 at 2-3; Doc. 227 at 2). In accordance with the parties, the Court orders that the parties shall be precluded from referring to other lawsuits or testimony in other lawsuits or trials involving Bard IVC filters. If it is relevant, parties shall only refer to "previous testimony" and will not make reference to when the testimony was given, that the testimony was part of a previous case or trial, or that a witness has given testimony on multiple occasions. Furthermore, the parties shall only elicit testimony from experts about the amount of money paid to them for work on this specific Bard IVC filter matter.

1

Defendants' motion (Doc. 193) is GRANTED as stated in this order.

DATED this 2nd day of February, 2023.

                                                SUSAN P. WATTERS
                                                United States District Judge