IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>                Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>                Defendants. | Case No. 1:20-cv-00034-SPW<br><br>**ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF BARD'S CURRENT AND FORMER EMPLOYEES AND WITNESSES** |

      Before the Court is Plaintiff Maria Dalbotten's Motion in Limine to Exclude Evidence of Personal Traits of Bard's Current and Former Employees and Witnesses. (Doc. 240). Plaintiff seeks a pretrial ruling excluding evidence regarding or commenting upon witnesses' religious beliefs, family or marital status, socioeconomic status, and relationships, among other things. (Doc. 241). The Court denies the motion. Defendants, as well as Plaintiff, are allowed to introduce their witnesses to the jury, and that introduction may include biographical data including the above areas of inquiry, with the exception of religious beliefs.

      Obviously, Federal Rule of Evidence 610 precludes evidence of a witness's religious beliefs from being used to support or attack their credibility, and the Court will enforce that rule, as it will enforce all the Federal Rules of Evidence and

1

Civil Procedure. The parties are cautioned against delving unnecessarily far into a witness's background beyond what is necessary to introduce that witness to the jury, but they will not be barred from eliciting simple personal details.

Accordingly, the motion (Doc. 240) is DENIED.

DATED this 7th day of February, 2023.

                                            SUSAN P. WATTERS
                                            United States District Judge