Tom L. Lewis
2715 Park Garden Lane
Great Falls, MT 59404
406-899-2968
marias.ridge.ranch@gmail.com

Nicholas P. Scarpelli, Jr. (*pro hac vice*)
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
206-607-4124
scarpelli@carneylaw.com

Ramon R. Lopez (*pro hac vice*)
Lopez McHugh, LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
949-737-1501
rlopez@lopezmchugh.com

*Attorneys for Maria Dalbotten*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN, <br><br> Plaintiff, <br><br> v. <br><br> C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., <br><br> Defendants. | 1:20-cv-00034-SPW <br><br> PLAINTIFF MARIA DALBOTTEN'S NOTICE OF LIST OF WILL AND MAY CALL WITNESSES |

Notice is hereby given of Plaintiff's list of Will and May Call Witnesses.

WILL CALL

| Name | Manner of Presentation |
|---|---|
| Maria Dalbotten | Live or Live Video Feed |
| Barbara Padden | Live or Live Video Feed |
| Derek Muehrcke, M.D. | Live or Live Video Feed |
| Robert McMeeking Ph. D. | Live or Live Video Feed |
| Rebecca Betensky Ph. D. | Live or Live Video Feed |
| Dr. David Garcia | Live or Live Video Feed |
| John Craig, M.D. | Video or Reading Deposition(s) |
| Alexa Martin P.A. | Video or Reading Deposition(s) |
| Sean Boyd | Video or Reading Deposition(s) |
| Robert Suh, M.D. | Video or Reading Deposition(s) |
| William Kuo M.D. | Video or Reading Deposition(s) |
| Nahush Mocadam, M.D. | Video or Reading Deposition(s) |
| Lauren Schwartz Ph.D. | Video or Reading Deposition(s) |
| Dr. David Ciavarella | Video or Reading Deposition(s) |
| Dr. Krishna Kandarpa | Video or Reading Deposition(s) |
| Dr. Murray Asch | Video or Reading Deposition(s) |
| Mickey Graces | Video or Reading Deposition(s) |
| Janet Hudnall | Video or Reading Deposition(s) |
| Natalie Wong | Video or Reading Deposition(s) |
| Jack Sullivan | Video or Reading Deposition(s) |

| Name | Manner of Presentation |
|---|---|
| Christopher Ganser | Video or Reading Deposition(s) |
| Michael James Kelly | Video or Reading Deposition(s) |
| Dr. Donna Bea Tillman | Video or Reading Deposition(s) |
| Dr. Christine Brauer | Video or Reading Deposition(s) |
| Len DeCant | Video or Reading Deposition(s) |
| Douglas Uelmen | Video or Reading Deposition(s) |
| Gin Schulz | Video or Reading Deposition(s) |
| John McDermott | Video or Reading Deposition(s) |
| Carol Vierling | Video or Reading Deposition(s) |
| Dr. Moni Stein | Video or Reading Deposition(s) |
| Jason Greer | Video or Reading Deposition(s) |
| Dr. Mark Moritz | Video or Reading Deposition(s) |
| Dr. Frederick Rogers | Video or Reading Deposition(s) |

## MAY CALL

| Name | Manner of Presentation |
|---|---|
| Albee Romero | Live or Live Video Feed |
| Dr. Tom Kinney | Live or Live Video Feed |
| Raluca Arimie, M.D. | Video or Reading Deposition(s) |
| Mary Edwards | Video or Reading Deposition(s) |
| John Weiland | Video or Reading Deposition(s) |

| Name | Manner of Presentation |
|---|---|
| Robert Cortelezzi | Video or Reading Deposition(s) |
| Brian Barry | Video or Reading Deposition(s) |
| Brooke Gillette | Video or Reading Deposition(s) |
| Alison Walsh | Video or Reading Deposition(s) |
| Dr. Robert Ritchie | Video or Reading Deposition(s) |

DATED this 12th day of February, 2023.

TOM L. LEWIS, P.C.

By /s/ Tom L. Lewis
   Tom L. Lewis
2715 Park Garden Lane
Great Falls, MT 59404
406-899-2968
marias.ridge.ranch@gmail.com

CARNEY BADLEY SPELLMAN, PS

By /s/ Nicholas P. Scarpelli, Jr.
   Nicholas P. Scarpelli, Jr. (*pro hac vice*)
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
206-607-4124
scarpelli@carneylaw.com

LOPEZ McHUGH, LLP

By */s/ Ramon R. Lopez*
    Ramon R. Lopez (*pro hac vice*)
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
949-737-1501
rlopez@lopezmchugh.com

*Attorneys for Plaintiff Maria Dalbotten*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of February, 2023, I caused to be served through the ECF system a true and legible copy of the foregoing document upon the following:

Mr. Ian McIntosh
Ms. Kelsey Bunkers
Crowley Fleck, PLLP
1915 South 19th Avenue
PO Box 10969
Bozeman, MT 59719-0969
imcintosh@crowleyfleck.com
kbunkers@crowleyfleck.com,
(Attorneys for Defendants)

Mr. Richard B. North, Jr.
Mr. Matthew B. Lerner
Mr. Sanjay Ghosh
Ms. Brandee J. Kowalzyk
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA  93363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
sanjay.ghosh@nelsonmullins.com
brandee.kowalzyk@nelsonmullins.com
(Attorneys for Defendants)

        */s/  Nicholas P. Scarpelli, Jr.*
        Nicholas P. Scarpelli, Jr.