IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　　Defendants. | 1:20-cv-00034-SPW<br><br>ORDER EXCUSING PROPOSED JURORS FOR HARDSHIP |

The Court hereby Orders the following prospective jurors excused for hardship:

1. 101141467
2. 101103320
3. 101191696
4. 101049274
5. 101100726
6. 101049690
7. 101125549
8. 101206389
9. 101051931
10. 101164312
11. 101175105
12. 101054227
13. 101073914
14. 101030052
15. 101185727
16. 101092207
17. 101125585

1

18. 101204832
19. 101064991
20. 101040085
21. 101201585
22. 101041257
23. 101116471
24. 101092053
25. 101110734
26. 101163800
27. 101136095
28. 101000686
29. 101153189
30. 101133400

DATED this ___15th___ day of February, 2023.

_____
SUSAN P. WATTERS
United States District Judge