Tom L. Lewis
Tom L. Lewis, P.C.
2715 Park Garden Lane
Great Falls, MT 59404
406-899-2968
marias.ridge.ranch@gmail.com

Nicholas P. Scarpelli, Jr. (*pro hac vice*)
Carney Badley Spellman, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
206-607-4124
scarpelli@carneylaw.com

Ramon Rossi Lopez (*pro hac vice*)
Lopez McHugh LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
949-737-1501
rlopez@lopezmchugh.com

*Attorneys for Plaintiff, Maria Dalbotten*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>    Plaintiff,<br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | 1:20-cv-00034-SPW<br><br>PLAINTIFF MARIA DALBOTTEN'S NOTICE OF SUPPLEMENTAL LIST OF WILL CALL WITNESSES |

Notice is hereby given of Plaintiff's supplemental list of Will Call Witnesses.

WILL CALL

| Name | Manner of Presentation |
|---|---|
| Thomas E. Ferrari | Video or Reading Depositions |
| David Micky Graves | Video or Reading Depositions |
| Kimberly Romney | Video or Reading Depositions |

DATED this 15th day of February, 2023.

TOM L. LEWIS, P.C.

By /s/ Tom L. Lewis
   Tom L. Lewis
2715 Park Garden Lane
Great Falls, MT 59404
406-899-2968
marias.ridge.ranch@gmail.com

CARNEY BADLEY SPELLMAN, P.S.

By /s/ Nicholas P. Scarpelli, Jr.
   Nicholas P. Scarpelli, Jr. (*pro hac vice*)
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
206-607-4124
scarpelli@carneylaw.com

LOPEZ McHUGH LLP

By /s/ Ramon Rossi Lopez
    Ramon Rossi Lopez (*pro hac vice*)
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
949-737-1501
rlopez@lopezmchugh.com

*Attorneys for Plaintiff Maria Dalbotten*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of February, 2023, I caused to be served through the ECF system a true and legible copy of the foregoing document upon the following:

Mr. Ian McIntosh
Ms. Kelsey Bunkers
Crowley Fleck, PLLP
1915 South 19th Avenue
PO Box 10969
Bozeman, MT 59719-0969
imcintosh@crowleyfleck.com
kbunkers@crowleyfleck.com,

Mr. Richard B. North, Jr.
Mr. Matthew B. Lerner
Mr. Sanjay Ghosh
Ms. Brandee J. Kowalzyk
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA  93363
richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
sanjay.ghosh@nelsonmullins.com
brandee.kowalzyk@nelsonmullins.com

*Attorneys for Defendants, C. R. Bard, Inc. and Bard Peripheral Vascular Inc.*

/s/  Ramon Rossi Lopez
Ramon Rossi Lopez