IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN, | CV 20-34-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

The parties have submitted a number of deposition excerpts in advance of trial. This order sets forth the Court's ruling on a portion of these objections in those excerpts. Additional orders ruling on the remaining objections will follow.

## I.   Recovery Filter Evidence

The parties will see that the Court has sustained the Defendants' objections to evidence regarding the Recovery Filter, based on Federal Rules of Evidence 401, 402, and 403.

Particularly in the Ciavarella deposition, Plaintiff generally asserts that she should be allowed to put on evidence about issues with the Recovery Filter (the G2's predecessor), arguing that this evidence is relevant to Defendants' choices/decisions in putting the G2 Filter on the market.  Plaintiff asserts that Defendants relied on Recovery Filter testing when evaluating the G2 Filter, and that the jury needs to

1

understand the Recovery Filter to understand the G2 Filter. Defendants respond that this issue was fully addressed in a previous order (Doc. 293).

Plaintiff relies primarily on Judge Campbell's order in the MDL case, specifically, as filed in this case, Doc. 15, pages 24-28, wherein Judge Campbell denied Defendants' motion in limine seeking to bar Recovery Filter evidence. Judge Campbell reasoned, basically, that because the Recovery Filter was the predicate device for the G2, and given the 510(k) process with the FDA, that evidence regarding the Recovery Filter was relevant and admissible. The parties will recall that Judge Campbell was applying Georgia law.

This Court addressed this issue in its previous order. (Doc. 293).

Defendants responded to this issue in their Supplemental Statement Regarding Deposition Designation Objections and Responses. (Doc. 314). If it wasn't clear in the Court's previous order (Doc. 293), the Court recognizes that the Recovery Filter served as the predicate device for the G2 Filter, and that the Court has ruled that evidence regarding 510(k) clearance of the G2 Filter is admissible (Doc. 296). But the Court agrees with Defendants that "the jury can be presented with basic background information about the Recovery Filter without being inundated with voluminous evidence and testimony about Recovery Filter complications (including in particular the unduly prejudicial focus on Recovery deaths, . . .) and Recovery Filter testing. . . ." (Doc. 314, at 6-7). The Court finds that emphasizing the Recovery Filter and

turning the trial into a mini-trial of the Recovery Filter would be a waste of time and incredibly confusing to the jury.  Fed. R. Evid. 403.

## II.   Rule 602 Objections

The parties will see that the Court has sustained the Defendants' objections based on Fed. R. Evid. 602, which requires that a witness have personal knowledge of the matter about which they are being asked to testify. Judge Campbell also sustained Defendants' Rule 602 objections in the MDL case.  (MDL Dkt. No. 10403).

Plaintiff asserts that the fact that the witness has not seen the document before may in and of itself be relevant to the issues.  The Court agrees with this as far as it goes.  However, a witness cannot then be asked questions about the document that simply amount to counsel reading the document to the witness and asking whether he has read the document correctly.  In that instance, counsel is testifying.  The point of the rule is to improve the reliability of the evidence admitted at trial by requiring the witness to testify as to their own personal knowledge.

## III.   Rulings

    A.   David Ciavarella Deposition – November 12, 2013

        1.  96:09-97:01 – overruled

        2.  97:04-97:04 – overruled

        3.  175:10-175:12 – overruled

        4.  176:02-176:08 – sustained – relevancy, discussing the Recovery filter

5. 179:16-179:25 – sustained – relevancy, discussing the Recovery filter

6. 179:16-180:01 – sustained – relevancy, discussing the Recovery filter

7. 180:11-180:25 – sustained – relevancy, discussing the Recovery filter

8. 180:15-180:21– sustained – relevancy, discussing the Recovery filter

9. 182:22-183:08 – sustained, Foundation, F.R. Evid. 602

10. 183:04-183:05 – sustained, Foundation, F.R. Evid. 602

11. 184:15-184:24 – sustained, Foundation, F.R. Evid. 602

12. 184:21-185:11 – sustained, Foundation, F.R. Evid. 602

13. 247:15-247:20 – sustained, relevancy, speculation

14. 247:22-247:23 – sustained, relevancy, speculation

15. 250:02-250:05 – sustained – relevancy, Recovery filter

16. 250:07 – sustained, relevancy, Recovery filter

17. 250:09-250:12 - sustained, relevancy, Recovery filter

18. 250:14-250:15 – sustained, relevancy, recover filter

19. 279:05-279:12 – overruled

20. 279:12-279:16 – overruled

21. 283:20-284:03 – overruled

22. 284:24-285:04 – designation withdrawn by Plaintiff

23. 288:08-288:14 – sustained, Foundation, F.R. Evid. 602

24. 293:11-293:23 – overruled

25. 294:02-294:16 – sustained, Foundation, F.R. Evid. 602

26. 294:18-294:20 – sustained, F.R. Evid. 602 and 802

27. 351:16-351:20 – sustained, relevancy Recovery filter

28. 352:01-352:04 – sustained, relevancy, Recovery filter

29. 353:10-353:14 – sustained, relevancy, Recovery filter

30. 353:22-354:03 – sustained, relevancy, Recovery filter

31. 354:18-356:11 – sustained, relevancy, Recovery filter

32. 356:20-357:03 – sustained, relevancy, Recovery filter

33. 357:04-357:23 – sustained, relevancy, Recovery filter

34. 358:22-359:01 – sustained, relevancy, Recovery filter

35. 359:07-359:13 – sustained, for the reasons stated in the objection

36. 359:14-359:20 – sustained, relevancy, Recovery filter

37. 362:06-363:16 – sustained, relevancy, Recovery filter

38. 371:14-372:03 – sustained, for reasons stated in the objection

39. 372:05 – sustained, for reasons stated in the objection

40. 372:24-373:13 – sustained, for reasons stated in the objection

41. 373:19-374:06 – sustained, for reasons stated in the objection

42. 375:21-377:01 – sustained, for reasons stated in the objection

43. 377:04-377:11 – sustained, for reasons stated in the objection

B.      David Cavarella Deposition – July 29, 2014

1. 46:12-46:17 – sustained, relevancy

2. 53:17-54:03 – sustained, relevancy

3. 54:05-54:11 – sustained, relevancy

4. 58:05-59:18 – sustained, relevancy

5. 65:25-66:01 – sustained, relevancy

6. 66:05-66:05 – sustained, relevancy

7. 66:17-66:19 – sustained, relevancy

8. 67:18-68:04 – sustained, relevancy

9. 68:11-68:25 – sustained, relevancy

10. 70:10-70:18 – sustained, relevancy

11. 72:08-73:04 – sustained, relevancy

12. 74:08-74:17 – sustained, relevancy

13. 74:23-75:02 – sustained, relevancy

14. 75:09-75:13 – sustained, relevancy

15. 75:15-75:21 – sustained, relevancy

16. 75:22-76:02 – sustained, relevancy

17. 80:16-82:02 – sustained, relevancy

18. 91:11-92:07 – sustained, relevancy

19. 92:09-93:06 – sustained, relevancy

20. 94:08-94:12 – sustained, relevancy

21. 98:02-98:07 – sustained, relevancy

22. 98:18-98:23 – sustained, relevancy

23. 99:10-100:01 – sustained, relevancy

24. 101:21-101:24 – sustained, relevancy

25. 114:13-114:19 – sustained, relevancy

26. 168:12-170:06 – sustained, relevancy

27. 170:15-170:21 – sustained, relevancy

28. 170:22-170:22 – sustained, relevancy

29. 171:15-171:25 – sustained, relevancy

C.   Christopher Ganser Deposition – October 11, 2016

1.  43:04-43:22 – sustained, relevancy

2.  51:10-51:15 – overruled

3.  51:21-53:07 – overruled

4.  54:15-54:24 – sustained, relevancy

5.  55:01-55:10 – sustained because the objection to 54:15-54:24 was

    sustained

6.  55:14-55:21 – sustained, relevancy

7.  65:15-65:17 – sustained

8.  66:18-67:07 – overruled

9.  67:19-68:06 – sustained, relevancy

7

10. 68:22-69:06 – sustained, relevancy

11. 69:09-69:10 – sustained, relevancy

12. 69:21-71:01 – sustained, for the reasons stated in the objection

13. 85:21-86:13 – sustained, hearsay

14. 86:16-86:18 - sustained, hearsay

15. 86:24-87:10 – sustained hearsay

16. 93:20-94:02 – overruled

17. 94:21-96:11 – overruled

18. 106:03-107:04 – overruled

19. 107:11-107:14 – overruled

20. 121:12-122:02 – overruled

21. 122:04-123:18 – sustained, risk benefit analysis is irrelevant

22. 123:19-124:10 – sustained, relevancy

23. 129:09-129:14 – sustained, relevancy

24. 129:17-130:02 – sustained, relevancy

25. 133:09-133:23 – sustained, relevancy

26. 140:19-140:22 – sustained, foundation, speculation

27. 141:03-141:04 – sustained, foundation, speculation

28. 141:11-141:15 – sustained, foundation, speculation

29. 153:15-154:10 – sustained, relevancy, confusion, Recovery filter

30. 155:14-156:01 – sustained, relevancy, confusion, Recovery filter

31. 157:19-158:20 – sustained, relevancy, confusion, Recovery filter

32. 159:03-159:16 – sustained, relevancy, confusion, Recovery filter

33. 159:18-159:22 – sustained, relevancy, confusion, Recovery filter

34. 215:23-216:07 – overruled

35. 222:09-222:18 – sustained, relevancy, confusion, Recovery filter

36. 223:10-223:15 – sustained, relevancy, confusion, Recovery filter

37. 228:13-228:23 – overruled

38. 254:02-254:08 – sustained, relevancy, Recovery filter

39. 254:17-254:20 – sustained, relevancy, Recovery filter

40. 255:21-256:11 – sustained, relevancy, Recovery filter

41. 258:16-259:01 – sustained, relevancy, Recovery filter

42. 259:02-259:04 – sustained, this is Defendants' counter designation to the Plaintiff's previous designation, the objection to which the Court has sustained

43. 259:05-259:11 – sustained, relevancy, Recovery filter

44. 260:14-260:15 – sustained, relevancy, Recovery filter

45. 260:18-260:22 – sustained, relevancy, Recovery filter

46. 261:01 – sustained, relevancy, Recovery filter

47. 261:03-261:04 – sustained, relevancy, Recovery filter

48. 264:21-264:24 – sustained, relevancy, Recovery filter

49. 266:03-266:05 – sustained, relevancy, Recovery filter

50. 267:19-267:21 – sustained, relevancy, Recovery filter

51. 267:23-267:24 – sustained, relevancy, Recovery filter

52. 268:04-269:03 – sustained, relevancy, Recovery filter

53. 269:04-269:05 – sustained, relevancy, Recovery filter

54. 272:07-272:10 – sustained, relevancy, Recovery filter

55. 272:14-272:15 – sustained, relevancy, Recovery filter

56. 274:04-274:10 – sustained, foundation

57. 275:02-275:08 – sustained, relevancy, Recovery filter

58. 280:12-280:14 – sustained, relevancy, Recovery filter

59. 280:16-280:17 – sustained, relevancy, Recovery filter

60. 280:21-281:02 – sustained, relevancy, Recovery filter

61. 281:04-281:05 – sustained, relevancy, Recovery filter

62. 298:03-298:04 - sustain, lack of foundation

63. 299:01-299:06 – sustain, lack of foundation

64. 304:22-305:12 – sustained as to 305:10-12, otherwise, overruled

65. 305:14-305:20 – overruled

66. 305:22-305:23 – overruled

67. 307:08-307:09 – overruled

68. 307:11-307:21 – overruled

69. 313:06-313:14 – overruled

70. 313:16 – overruled

71. 326:23-327:09 – overruled

72. 327:12-327:16 – overruled

73. 328:10-328:22 – sustained, relevancy, Recovery filter

74. 329:08-329:16 – sustained, relevancy, Recovery filter

75. 329:19-329:20 – sustained, relevancy, Recovery filter

76. 329:23-330:03 – sustained, relevancy, Recovery filter

77. 330:05-330:06 – sustained, relevancy, Recovery filter

78. 330:08-330:16 – sustained, relevancy, Recovery filter

79. 330:20-331:02 – sustained, relevancy, Recovery filter

D.    Janet Hudnall Deposition – November 1, 2013

1. 19:04-19:07 – sustained for reasons stated in the objection

2. 99:01-100:05 – sustained for reasons stated in the objection

3. 101:04-101:09 – sustained for reasons stated in the objection

4. 102:03-102:08 – sustained for reasons stated in the objection

5. 102:10-102:12 – sustained for reasons stated in the objection

6. 108:13-108:17 – sustained for reasons stated in the objection

7. 108:19-109:02 – sustained for reasons stated in the objection

8. 120:25-121:14 – overruled

9. 127:11-127:19 – overruled

10. 127:21-127:22 – overruled

11. 129:06-129:09 – overruled

12. 140:07-140:16 – overruled

13. 140:20-140:25 – sustained, relevancy, Recovery filter

14. 141:10-141:24 – sustained, relevancy, Recovery filter

15. 143:08-143:21 – sustained, relevancy, Recovery filter

16. 148:12-148:19 – sustained, relevancy, Recovery filter

17. 166:12-166:15 – overruled

18. 166:17 – overruled

19. 178:09-178:20 – sustained, relevancy, Recovery filter

20. 179:01-180:15 – sustained, relevancy, Recovery filter

21. 180:17 – sustained, relevancy, Recovery filter

22. 181:24-182:07 – sustained, relevancy, Recovery filter

23. 184:03-184:17 – sustained, relevancy, Recovery filter

24. 185:10-185:24 – sustained, relevancy, Recovery filter

25. 186:18-187:02 – sustained, relevancy, Recovery filter

26. 187:03-187:07 – sustained, relevancy, Recovery filter

27. 187:09 – sustained, relevancy, Recovery filter

28. 187:15-187:18 – sustained, relevancy, Recovery filter

29. 188:06-188:09 – sustained, relevancy, Recovery filter

30. 273:20-274:04 – overruled – counsel is asking generally, not specifically as to the Recovery filter

31. 296:09-296:19 – sustained, relevancy, Recovery filter

32. 296:21-297:07 – sustained, relevancy, Recovery filter

33. 297:09-297:18 – sustained, relevancy, Recovery filter

34. 298:15-299:07 – sustained, relevancy, Recovery filter

35. 299:10-299:15 – sustained, relevancy, Recovery filter

36. 316:09-316:16 – sustained, relevancy, Recovery filter

37. 316:19-317:09 – sustained, relevancy, Recovery filter

38. 317:11-317:13 – sustained, relevancy, Recovery filter

39. 318:02-318:06 – sustained, relevancy, Recovery filter

40. 318:07-318:09 – sustained, relevancy, Recovery filter

41. 324:12-324:19 – sustained, argumentative, relevancy, Recovery filter

42. 324:22-325:02 – sustained, argumentative, relevancy, Recovery filter

43. 325:10-325:13 – sustained, relevancy, argumentative

44. 339:20-339:25 - sustained, relevancy

45. 340:02 – sustained, relevancy

46. 340:03-340:08 – sustained, argumentative

47. 340:11 – sustained, argumentative

48. 358:24-359:04 – sustained, relevancy, Recovery filter

49. 359:06-359:13 – sustained, relevancy, Recovery filter

50. 359:16-359:18 – sustained, relevancy, Recovery filter

51. 359:20-360:08 – sustained, relevancy, Recovery filter

52. 360:10-360:12 – sustained, relevancy, Recovery filter

53. 360:14 – sustained, relevancy, Recovery filter

54. 361:06-361:11 – sustained, relevancy, Recovery filter

55. 361:13-361:14 – sustained, relevancy, Recovery filter

56. 361:17-361:22 – sustained, relevancy, Recovery filter

57. 376:17-377:21 – sustained, relevancy, Recovery filter

58. 377:22 – sustained, relevancy, Recovery filter

59. 381:05-381:09 – overruled

60. 382:01-382:02 – overruled

61. 382:05-382:12 – overruled

62. 383:04-383:09 – overruled

63. 385:01-385:13 – overruled

64. 386:15-386:21 – overruled

65. 389:07-389:07 – sustained, relevancy, Recovery filter

## IV.   Conclusion

The clerk is directed to notify counsel of the entry of this Order.


DATED this ___21st___ day of February, 2023.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge