IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN, | CV 20-34-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

The parties have submitted a number of deposition excerpts in advance of trial. This order sets forth the Court's ruling on a portion of theses objections in those excerpts. Additional orders ruling on the remaining objections will follow.

**A. Kirshna Kandarpa Deposition – July 19, 2018**

1. 26:22-26:25 – overruled

2. 27:05-27:19 – overruled

3. 28:20-29:14 – overruled

4. 33:07-33:10 – overruled

5. 33:12-33:16 – overruled

6. 47:14-47:19 – sustained – no context, confusing

7. 53:09-54:06 – overruled

8. 60:18-61:05 – overruled

9. 66:12-66:18 – overruled

10. 91:17-91:22 – overruled

11. 93:12-93:22 – overruled

12. 94:19-94:21 – overruled

13. 96:20-96:22 – overruled

14. 96:24-97:06 – overruled

15. 100:02-100:06 – overruled

16. 106:14-106:16 – overruled

17. 106:19-106:21 – overruled

18. 107:02-107:19 – overruled

19. 108:10-108:12 – overruled

20. 109:24-119:21- objections as to Exhibit 11 are sustained, Rule 602, just reading the document

21. 120:12-126:20 – sustained, lack of foundation, Rule 602

22. 133:23-134:09 – overruled

23. 134:11-134:18 – overruled, except 134:17 starting with "I was told . . .", sustained, hearsay

24. 136:04-136:11 – overruled

25. 136:13-136:18 – overruled

26. 137:09-137:15 – overruled

27. 137:17-137:23 – overruled

28. 138:01 – overruled

29. 138:04-138:09 – overruled

30. 146:01-146:17 – overruled

31. 149:02-149:08 – sustained, vague, could refer to other cases

32. 149:19-150:02 – overruled

33. 150:06-152:01 – overruled as to 150:06-151:11; sustained as to 151:12-152:02 – Order, Doc. 292

34. 152:08-152:14 – sustained, Doc. 292

35. 165:08-165:15 – sustained, Rule 602

36. 166:04-166:11 – sustained – counsel seems to want it both ways – either Kandarpa can testify to the Everest Report (Ex. 11) or he can't (Rule 602).  The Court has determined Kandarpa was not involved in the preparation of the Everest Report, and, therefore, has no personal knowledge of the contents of the report.  As far as the objections to Kandarpa testifying to the Everest Report, the Court is attempting to be consistent in its rulings but may not be successful.  With this understanding of the Court's ruling re: Kandarpa and the Everest Report, counsel shall edit the deposition accordingly.

37. 167:14-167:18 – see above

38. 168:20-169:12 – overruled as to 168:20-169:1; sustained as to 169:2-169:12, non-responsive

39. 169:19-169:22 – overruled

40. 172:02-172:06 – overruled

41. 175:13-175:20 – sustained for reason stated in the objection

42. 176:14-176:19 – overruled

43. 181:06-181:14 – overruled

44. 181:18-181:20 – overruled

45. 182:17-182:17 – overruled

46. 182:22-183:09 – overruled

47. 183:12-183:14 – overruled

48. 183:16 – overruled

49. 183:18-184:17 – sustained, non-responsive

50. 186:06-185:10 – overruled

51. 187:01 – sustained for reasons stated in the objection

52. 187:07-187:19 – overruled as to 187:07-187:13; sustained as to 187:14-187:19 for reasons stated in the objection

53. 188:24-189:20 – sustained as to 189:17-190:07, post implant evidence

54. 190:18-191:02 – sustained – Defendants argue that the evidence is relevant because the design of the G2 never changed, and thus the G2

filter's performance in the Everest Report is relevant to the date of implant. Does any witness testify to the fact the design has never changed?

55. 193:16-194:04 – overruled

56. 194:04-194:05 – sustained, witness doesn't determine relevance

57. 196:10-197:22 – sustained for reasons stated in the objection

58. 199:02-199:18 – overruled

59. 199:21-200:04 – overruled

60. 200:12-201:04 – overruled

61. 201:07-201:10 – sustained – leading on redirect

62. 201:12 – sustained – answer to leading question

63. 201:14-201:20 – sustained for reasons stated in the objection

64. 205:20-205:24 – sustained- see below

65. 206:06-207:08 – sustained – relevancy

66. 208:02-208:24 – overruled as to 208:02-208:21; sustained as to 208:22-208:24 – leading

67. 209:03-210:14 – overruled

68. 210:19-211:07 – overruled

69. 211:22-212:18 – overruled

70. 213:01-214:07 – overruled

71. 216:17-216:20 – sustained – no personal knowledge

72. 217:12-217:18 – sustained – leading cumulative

73. 217:20-218:03 – sustained – leading, cumulative

74. 219:10-219:11 – sustained, leading

75. 219:13-219:14 – sustained, leading

76. 219:16-220:02 – sustained for reasons stated in the objection

77. 220:03-220:21 – sustained for reasons stated in the objection

78. 220:22-221:08 – sustained for reasons stated in the objection, no personal knowledge, question is not evidence

79. 221:23-221:24 – sustained, Rule 602

80. 222:05-223:06 – sustained, Rule 602

81. 225:07-225:16 – sustained, Rule 602

82. 226:01-226:19 – sustained, Rule 602

83. 226:222-227:03 – sustained, no personal knowledge, counsel is testifying

84. 227:05-227:07 – sustained, relevancy

85. 227:09-227:12 – sustained, also asked and answered

86. 229:13-229:16 – sustained for reasons stated in objection

87. 229:18-230:01 – sustained for reasons stated in objection

88. 230:13-230:15 – sustained, leading on redirect

89. 231:03-231:10 – sustained, leading on redirect

**B. Jack Sullivan Deposition – September 16, 2016**

1. 61:06-61:08 – sustained for reasons stated in the objection

2. 61:11-61:19 – sustained for reasons stated in the objection

3. 62:04-62:18 – sustained for reasons stated in the objection

4. 62:19-63:01 – overruled

5. 65:17-65:22 – sustained – non-responsive

6. 68:13-69:01 – sustained for reasons stated in the objection

7. 69:09-69:10 – sustained for reasons stated in the objection

8. 69:12-69:22 – sustained for reasons stated in the objection

9. 70:21-71:10 – sustained for reasons stated in the objection

10. 71:12-71:15 – sustained for reasons stated in the objection

11. 71:17 – sustained for reasons stated in the objection

12. 72:05-72:07 – sustained for reasons stated in the objection

13. 73:05-73:08 – sustained, relevancy, Recovery filter

14. 76:04-76:09 – sustained, relevancy, Recovery filter

15. 78:17-78:24 – sustained, relevancy, Recovery filter

16. 79:07-79:09 – sustained, relevancy, Recovery filter

17. 79:11-79:14 – overruled, the Court will allow discussion of the Recovery
    Filter brochure for comparison to the G2 Filter

18. 80:09-80:19 – overruled, the Court will allow discussion of the Recovery

Filter brochure for comparison to the G2 Filter

19. 80:22-81:12 - – overruled, the Court will allow discussion of the Recovery Filter brochure for comparison to the G2 Filter

20. 92:21-92:24 – overruled

21. 93:10-93:12 – overruled – this email is not barred by Court Order 293 and is relevant

22. 93:19-93:21 – overruled – this email is not barred by Court Order 293 and is relevant

23. 94:06-94:11 – overruled – this email is not barred by Court Order 293 and is relevant

24. 95:09-95:12 – overruled – this email is not barred by Court Order 293 and is relevant

25. 95:19-95:22 – overruled – this email is not barred by Court Order 293 and is relevant

26. 96:15-97:04 – overruled – this email is not barred by Court Order 293 and is relevant

27. 98:12-98:17 – overruled – this email is not barred by Court Order 293 and is relevant

28. 99:19-99:21 – overruled – this email is not barred by Court Order 293 and is relevant

29. 99:24-100:01 – overruled – this email is not barred by Court Order 293
and is relevant

30. 100:05-100:07 - – overruled – this email is not barred by Court Order 293
and is relevant

31. 100:09-100:09 – overruled – this email is not barred by Court Order 293
and is relevant

32. 140:04-140:09 – sustained, Rule 602

33. 140:18-140:20 – sustained, Rule 602

34. 141:05-141:13 – sustained, Rule 602

35. 141:16-142:01 – sustained, Rule 602

36. 142:15-142:20 – sustained, Rule 602

37. 142:22-142:23 – sustained, Rule 602

38. 143:07-143:17 – overruled

39. 144:1-144:15 – overruled as to 144:07-144:09 ending with ". . . to
comment on it."  Sustained as to the remainder to 144:15

40. 144:20-144:22 – sustained, non-responsive

41. 144:24-145:01 – sustained, non-responsive

42. 150:08-150:11 – sustained, Rule 602

43. 150:13 – sustained, Rule 602

44. 153:22-153:24 – sustained, Rule 602

45. 157:09-157:10 – Defendants will w/draw, previous objection sustained

46. 157:12-157:20 – Defendants will w/draw, pervious objection sustained

47. 170:05-170:08 – sustained, Rule 602

48. 170:21-171:06 – sustained, Rule 602

49. 171:07-171:14 – Defendants will w/draw, previous objection sustained

50. 179:25-180:02 – sustained, relevancy, prejudice, Recovery Filter

51. 180:04-180:05 – sustained, relevancy, prejudice, Recovery filter

52. 192:08-193:23 – sustained, relevancy, prejudice, Recovery filter

53. 194:07-194:16 – sustained, relevancy, Recovery filter

54. 197:04-197:07 – sustained, relevancy, Recovery filter

55. 197:09 – sustained, relevancy, Recovery filter

56. 198:11-198:13 – Defendants will w/draw, previous objections sustained

57. 220:20-220:21 – sustained, Rule 602

58. 221:06-221:09 – sustained, Rule 602

59. 221:14-221:15 – sustained, Rule 602

60. 221:21-222:12 – sustained, Rule 602

61. 225:25-226:05 – sustained, Rule 602

62. 226:06-226:08 – Defendants will withdraw

63. 227:05-227:08 – sustained, Rule 602

64. 227:10-227:16 – sustained, Rule 602

65. 227:17-227:18 – Defendants will withdraw

66. 228:02-228:05 – sustained, Rule 602

67. 228:07-228:10 – sustained, Rule 602

68. 228:17-228:20 – sustained, Rule 602

69. 229:02-229:07 – sustained, Rule 602

70. 229:15-229:19 – sustained, Rule 602

71. 230:02-230:13 – sustained, Rule 602

72. 230:15-230:19 – sustained, Rule 602

73. 230:21 – sustained, Rule 602

74. 230:22-230:24 – Defendants will withdraw

75. 232:12-232:15 – sustained, Rule 602

76. 232:17-232:19 – sustained, Rule 602

77. 237:24-238:07 – sustained, Rule 602

78. 239:04-239:06 – sustained, Rule 602

79. 239:08-239:12 – sustained, Rule 602

80. 239:25-240:07 – Defendants will withdraw

81. 240:25-241:03 – sustained, Rule 602

82. 241:13-241:14 – Defendants will withdraw

83. 244:25-245:04 – sustained, relevancy

84. 245:05-245:14 – sustained relevancy

85. 245:16-245:25 – sustained, relevancy

86. 246:02 – sustained, relevancy

87. 246:18-246:23 – sustained, relevancy

88. 246:25-247:05 – sustained, relevancy

89. 248:16-249:20 – sustained, Rule 602

90. 250:01-250:03 – overruled, talking about the G2 brochure

91. 250:05-250:11 – overruled as to 250:05-250:07; sustained for remaining, Rule 602

92. 250:13-250:15 – sustained, Rule 602

93. 250:18-250:23 – sustained, Rule 602

94. 250:24-251:06 – sustained, Rule 602

95. 251:08-251:11 – sustained, Rule 602

96. 251:13-251:16 – sustained, Rule 602

97. 251:18-251:21 – sustained, Rule 602

98. 281:21-282:02 – objection sustained after 282:01 "Yes." As non-responsive

99. 300:11-300:16 – overruled

100.     301:06-301:13 – sustained, Rule 602

101.     301:24-302:03 – sustained, Rule 602 – "death" more prejudicial than probative, Rule 403

102.     302:05 – sustained, Rule 602 – "death" more prejudicial

than probative, Rule 403

103.     321:02-321:07 – sustained, relevancy

104.     325:11-326:21 – overruled

105.     354:05-354:08 – sustained, non-responsive

106.     354:11-354:14 – overruled

107.     354:17-354:23 – overruled

108.     361:16-361:19 – sustained for the reasons stated in the objection

## Jack Sullivan Deposition Volume 2 – November 3, 2016

109.     436:03-436:04 - – sustained, Rule 602

110.     443:15-444:01 – sustained, Rule 602

111.     448:10-448:25 – sustained, Rule 602

112.     450:03-450:18 – sustained, Rule 602

113.     457:13-458:09 – sustained, Rule 602

114.     458:13-459:23 – sustained, court Order No. 293, Rule 602

115.     461:17-462:02 – sustained, Rule 602

116.     462:03-462:12 – Defendants will withdraw

117.     463:13-463:19 – overruled

118.     464:18-465:15 – overruled

119.     465:24-466:04 – overruled

120.     466:14-466:22 – overruled

121.     466:23-467:13 – overruled

122.     467:14-468:03 – overruled

123.     484:19-484:22 – overruled

124.     498:03-498:10 – overruled

125.     522:07-522:13 – sustained, relevancy, "deaths" = prejudice

126.     524:02-524:06 – sustained, relevancy

127.     524:13-524:18 – sustained, relevancy

128.     525:05-525:13 – sustained, relevancy

129.     527:12-527:17 – overruled

130.     527:19-527:20 – overruled

131.     528:07-528:10 – overruled

132.     533:09-533:17 – overruled if Plaintiff redacts the reference to the

G2x filter

133.     535:09-536:01 – overruled

## C. Natalie Wong Deposition – October 18, 2016

1. 32:17-32:22 – overruled

2. 34:20-34:24 – sustained, Rule 602, see 33:05-33:10

3. 35:06-35:20 – sustained, Rule 602, see 33:05-33:10

4. 48:11-48:20 – overruled

5. 58:05-58:19 – overruled

6. 59:02 – overruled

7. 59:05-59:07 – overruled

8. 62:25-63:07 – sustained, relevancy

9. 63:12-63:15 – sustained, relevancy

10. 66:02-66:12 – Defendants will withdraw?

11. 67:22-68:02 – sustained, relevancy

12. 68:05-68:07 – sustained, relevancy

13. 68:11-68:14 – sustained, relevancy

14. 68:25-69:01 – sustained, relevancy

15. 69:02-69:16 – Defendants will withdraw? – deaths – prejudice

16. 69:17-70:09 – sustained, relevancy – deaths – prejudice

17. 70:10-70:17 – Defendants will withdraw?

18. 70:19-71:06 – Plaintiff will withdraw?  If not, sustained, relevancy

19. 71:07-71:17 – sustained, relevancy

20. 71:21-72:01 – sustained, relevancy

21. 72:06-72:12 – sustained, relevancy, prejudice

22. 72:11-73:02 – overruled

23. 73:10-73:24 – sustained, relevancy

24. 73:25-74:04 – Defendants will withdraw?

25. 74:13-74:17 – sustained, relevancy

26. 74:19-74:23 – sustained, relevancy

27. 74:25 – sustained, relevancy

28. 76:25-77:08 – sustained, relevancy

29. 77:11-77:20 – sustained, relevancy

30. 78:01-78:15 – sustained, relevancy, prejudice

31. 78:19-78:21 – sustained, relevancy

32. 78:23-78:24 – sustained, relevancy

33. 79:02-79:09 - sustained, Rule 602, non-responsive

34. 79:15-79:24 – sustained, relevancy, prejudice

35. 79:25-80:04 – sustained, relevancy

36. 80:13-80:23 – sustained, relevancy, prejudice

37. 83:01-83:04 – sustained, relevancy

38. 84:23-85:15 – sustained, Rule 602, relevancy

39. 85:21-86:13 – sustained, Rule 602, relevancy, prejudice

40. 86:15-87:15 – sustained, Rule 602, relevancy, prejudice

41. 87:22-87:23 – sustained, relevancy

42. 87:25-88:05 – sustained for reasons stated in the objection

43. 88:11 – sustained for reasons stated in the objection

44. 88:16-89:03 – sustained, relevancy, prejudice

45. 89:08-89:23 – sustained for reasons stated in the objection

46. 90:18-90:22 – sustained for reasons stated in the objection

47. 91:01-91:01 – sustained for reasons stated in the objection

48. 99:21-99:22 – sustained for reasons stated in the objection

49. 100:05-100:06 – sustained, relevancy, Rule 602

50. 100:10-100:12 – sustained, relevancy, Rule 602

51. 100:17-100:24 – sustained, relevancy, Rule 602

52. 101:12-101:19 – sustained for reasons stated in the objection

53. 105:12-106:08 – sustained for reasons stated in the objection

54. 106:11-106:14 – sustained for reasons stated in the objection

55. 106:23-107:02 – overruled, provided Plaintiff redacts "or death" as
that is not relevant, and prejudice exceeds probative value. The Court
is allowing testimony regarding the IFU for both the Recovery filter
and G2 filter. There is a question about foundation here as to the
witness's knowledge regarding the Recovery IFU but the Court will
allow this testimony.

56. 109:24-110:13 – sustained – this Exhibit is dated June 20, 2006,
which is after the G2 filter came on the market. Evidence of problems
with the Recovery filter that came to light after the G2 filter went on
the market is not relevant.

57. 110:18-111:25 – sustained – see 56.

58. 112:13-112:22 – sustained, see 56

59. 114:14-114:16 – sustained, see 56

60. 115:12-115:15 – sustained, see 56

61. 116:02-116:11 – sustained, see 56

62. 116:12 – sustained – no foundation that this witness knew what was or wasn't conveyed to physicians by the sales force

63. 116:23-117:06 – sustained – see 56 above

64. 117:24-120:12 – sustained, relevance, prejudice, confusion, 119:22-120:12, witness doesn't know the answer to these questions and questions are not evidence, warnings provided for the Recovery filter are not relevant

65. 120:14-120:20 – sustained – see 64

66. 120:22 – sustained – see 64

67. 121:15-121:24 – sustained, warnings provided for the Recovery filter are not relevant

68. 122:09-122:22 – sustained – this exhibit is dated August 4, 2006, three weeks before the G2 filter was implanted into the Plaintiff.  See 56

69. 129:01-129:09 – sustained, relevancy

70. 129:10-129:13 – sustained, relevancy

71. 129:25-130:12 - – sustained, relevancy

72. 130:17-130:18 – sustained, relevancy

73. 130:21-130:22 – sustained, relevancy

74. 130:24-131:02 – sustained, relevancy

75. 131:07-131:12 – sustained, relevancy

76. 131:13-131:18 – sustained, relevancy

77. 131:19-131:22 – sustained, relevancy

78. 131:23-132:3 – sustained, relevancy

79. 132:12-132:18 – sustained, relevancy

80. 132:20 – sustained, relevancy

81. 135:03-135:13 – sustained – no idea which filter is being discussed; sustained for reasons stated in the objection

82. 135:18-136:13 – sustained for reasons stated in the objection

83. 136:15 – sustained for reasons stated in the objection

84. 138:12-138:22 – sustained for reasons stated in the objection

85. 140:05-140:10 – Defendants should withdraw counter

86. 140:11-140:16 – Plaintiff should withdraw counter to counters

87. 146:25-147:09 – overruled

88. 147:13-147:16 – overruled

89. 156:10-156:14 – sustained for reasons stated in the objection

90. 156:16-157:03 – sustained for reasons stated in the objection

91. 157:16-157:21 – sustained, non-responsive

92. 159:18-159:21 – overruled as to 159:18 because it is the answer to the question immediately preceding, to which Defendants did not object – sustained as to remainder, relevancy

93. 159:23-159:24 – sustained for reasons stated in the objection

94. 163:15-163:18 – sustained, relevancy

95. 164:09-164:13 – overruled

96. 164:19-164:23 – sustained, Rule 602, question is not evidence

97. 166:18-166:21 – sustained for reasons stated in the objection

98. 166:23 – sustained for reasons stated in the objection

99. 176:12-177:14 – overruled – answer to a question to which Defendants did not object

100.   178:10-178:25 – sustained for reasons stated in the objection

101.   179:02-179:22 – sustained for reasons stated in the objection

102.   180:10-180:18 – sustained, confusing, not sure which filter is being discussed – G2 or Meridian?

103.   180:20-181:01– sustained for reasons stated in the objection

104.   181:03 – sustained for reasons stated in the objection

105.   201:05-201:15 – overruled – Plaintiff opened the door to a

discussion of the SIR guidelines, 200:10-200:13

106.   203:20-203:25 – overruled

107.   219:17-220:03 – sustained as to 219:21-220:03 for reasons stated in

the objection

108.   220:06-220:10 – sustained for the reasons stated in the objection

109.   231:04-231:18 – sustained, relevancy, prejudice, fatalities

110.   232:19-233:12 – sustained, relevancy

111.   233:13-234:06 – sustained

112.   234:07-234:11 – overruled

113.   234:13 – overruled

114.   234:15-234:21 – sustained, relevance, fatalities caused by Recovery

filter, prejudice

115.   234:22-234:24 – Plaintiff should withdraw – see 114

116.   235:10 – Plaintiff should withdraw – see 114

117.   249:13-250:09 – sustained, relevance, fatalities with the Recovery

filter, prejudice

118.   251:24-252:09 – sustained, relevance, fatalities with the Recovery

filter, prejudice

119.   252:13-254:05 – sustained, relevance, fatalities with the Recovery

filter, prejudice

120.   254:21-255:14 – overruled

121.   257:02-257:17 – sustained, relevance, fatalities with the Recovery

filter, prejudice

122.   258:18-258:25 – overruled

123.   259:01-259:12 – sustained, relevance, fatalities with the Recovery

filter, prejudice

124.   264:22-265:21 – sustained, relevance, fatalities with the Recovery

filter, prejudice

125.   279:02-279:22 – sustained for reasons stated in the objection

126.   279:24 – sustained for reasons stated in the objection

127.   280:19-280:23 – sustained for reasons stated in the objection

128.   280:25-281:03 – sustained for reasons stated in the objection

129.   281:05 – sustained for reasons stated in the objection

130.   287:20-288:12 – overruled

131.   288:15-289:03 – overruled

132.   289:16-289:20 – sustained, cumulative, see 289:4-289:12

133.   289:21-290:14 – overruled as to 289:21-290:10 ending with "heart"

and not mentioning fatality; and 289:12 ending with "heart".

134.   290:20-290:23 – sustained, relevance, fatalities with the Recovery

filter, prejudice

135.   290:24-291:04 – sustained, cumulative

136.   291:06 – sustained, cumulative

The clerk is directed to notify counsel of the entry of this Order.

DATED this _23rd_ day of February, 2023.

SUSAN P. WATTERS
United States District Judge