IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>　　　　　Plaintiff,<br>v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　　Defendants. | 1:20-cv-00034-SPW<br><br>ORDER GRANTING PLAINTIFF MARIA DALBOTTEN'S UNOPPOSED MOTION TO DETERMINE UNAVAILABILITY OF WITNESS ROBERT O. RITCHIE, Ph.D. UNDER FED. R. CIV. P. 32(a)(4) |

　　Plaintiff Maria Dalbotten moved for an order finding that her expert witness, Robert O. Ritchie, Ph.D., is unavailable for purposes of allowing his deposition to be used for any purpose under Fed. R. Civ. P. 32(a)(4) (Doc. 334). The motion is unopposed. The record reflects that Dr. Ritchie sustained serious injuries that will confine him to Singapore or California during the trial and render him unable to testify via any means. Therefore,

　　IT IS HEREBY ORDERED that Plaintiff's Motion (Doc. 334) is **GRANTED**. The Court finds that Dr. Ritchie is unavailable under Fed. R. Civ. P. 32(a)(4)(B), (C), (D), and (E). His deposition may be used for any purpose at trial.

1

DATED this 24th day of February, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge