UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>　　　　　Defendant. | CV-20-34-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above-entitled case.

DATED this 28th day of February, 2023.

_____
Honorable Susan P. Watters
United States District Judge