IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　Defendants. | CV 20-34-BLG-SPW<br><br>ORDER |

　　　The parties have submitted a number of deposition excerpts in advance of trial. This order sets forth the Court's ruling on a portion of the objections in those excerpts. Additional orders ruling on the remaining objections will follow.

**A. Lauren Schwartz Deposition – February 15, 2022**

　　1. 26:20-26:22 – sustained for reasons stated in the objection

**B. Christine Brauer Deposition – May 23, 2014**

　　1. 145:24 – sustained, "that you are representing as an expert" is not admissible, misleading that Dr. Brauer is "representing" Defendants, experts do not "represent" the party who hired them.

　　2. 158:17-158:21 – overruled

　　3. 159:16-159:17 – overruled

　　4. 160:06-160:11 – overruled

　　5. 162:08-162:12 – overruled

1

6. 167:18-167:23 – sustained, can't tell which filter is being discussed, confusing

7. 168:03-168:08 – sustained, can't tell which filter is being discussed, confusing

8. 168:21-169:07 – sustained, relates only to the Recovery filter

9. 184:06-184:12 – overruled, speaking generally

10. 184:24-185:05 – overruled, general question

11. 185:08-185:10 – overruled, general question

12. 185:18-186:24 – overruled with redaction, including the death reference at 186:12-186:13

13. 189:09-189:12 – overruled

14. 190:04-190:22 – overruled, witness is speaking generally about filter tilt, doesn't mention the Recovery

15. 194:17-195:02 – overruled

16. 195:08-195:13 – sustained, relates to the Recovery filter

17. 203:09-203:17 – sustained, beyond the scope of the witness's expertise, see 204:17-205:02

18. 203:19-203:22 – sustained, see 17

19. 204:09-204:12 – sustained, see 17

20. 218:10-218:19 – overruled

21. 240:02-241:12 – overruled, speaking generally, no mention of the Recovery filter in the questions or answers

22. 253:24-254:02 – overruled with Plaintiff's designation of 253:5-6

23. 256:01-256:06 – sustained, relevancy

24. 258:16-258:21 – sustained, relevancy, propensity evidence

25. 272:10-272:17 – sustained, relevancy

26. 273:15-273:22 – sustained, relevancy

27. 274:16-274:20 – sustained, relevancy

28. 274:24 – sustained, relevancy

29. 276:01-276:09 – sustained, relevancy

30. 276:11-276:14 – sustained, relevancy

31. 276:21-277:10 – sustained, relevancy

32. 292:06-292:16 – overruled

33. 314:07-314:09 – sustained, question without an answer

## C. Alexa Martin Deposition – September 3, 2021

1. 21:10-21:15 – sustained, relevancy, counsel is testifying

2. 22:09-22:11 – sustained, relevancy

3. 92:01-92:10 – Plaintiff agrees to withdraw 92:07-92:10; sustained as to 92:01-92:06, witness doesn't know and the question is not evidence

4. 95:16-95:22 – sustained, witness doesn't know and the question is not

3

evidence

5. 96:16-96:18 – overruled

The clerk is directed to notify counsel of the entry of this Order.

DATED this __2nd__ day of March, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge