IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN, | CV 20-34-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| C R BARD INCORPORATED and BARD PERIPHERAL VASCULAR INCORPORATED, | |
| Defendants. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

DATED this 8th day of March, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge