IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARIA DALBOTTEN, | CV 20-34-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 372), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 6th day of June, 2023.

SUSAN P. WATTERS
United States District Judge

1